1  Rachel M. Dollar, CSB 199977
   SMITH DOLLAR PC
2  Attorneys at Law
   404 Mendocino Avenue, Second Floor
3  Santa Rosa, California 95401
   Telephone:  (707) 522-1100
4  Facsimile:  (707) 522-1101

5  Attorneys for Defendant Aurora Loan Services, LLC,
   erroneously sued as Aurora Loan Services, a Lehman Brothers Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| SCOTT K ZIMMERMAN, JUDY A ZIMMERMAN, | CASE NO.:  CV 08 3731 |
|---|---|
| Plaintiff, | CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| AURORA LOAN SERVICES, A LEHMAN BROTHERS COMPANY, a business entity; DIABLO FUNDING GROUP INCORPORATED, a California corporation; FIRST AMERICAN LOANSTAR, a business entity form unknown; AND ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and Does 1 through 50, inclusive, | |
| Defendants. | |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /



1.    Aurora Loan Services, LLC, formerly known as Aurora Loan Services, Inc. ("Aurora"), a Delaware limited liability company with its principal place of business in Littleton, Colorado 80124. Aurora is a wholly owned subsidiary of Lehman Brothers Bank. Lehman Brothers Bank is the sole owner/member of Aurora.

2.    Lehman Brothers Bank FSB, a federal savings bank operating under Federal Charter, which designates Wilmington, Delaware as its home office. Lehman Brothers Bank is a subsidiary of Lehman Brothers Holdings, Inc.

3.    Lehman Brothers Holdings, Inc., a Delaware corporation with its principal place of business in New York.

Respectfully submitted this 19th day of August, 2008.

SMITH DOLLAR PC

By *[signature]*
Rachel M. Dollar
Attorneys of Record for
Aurora Loan Services, LLC



# PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is 404 Mendocino Avenue, Second Floor, Santa Rosa, California 95401. On August 19, 2008, I served the attached CERTIFICATE OF INTERESTED ENTITIES OR PERSONS on the parties to this action by serving:

Scott K. Zimmerman  
Law Office of Scott K. Zimmerman  
P.O. Box 1120  
Brentwood, CA 94513  

Attorney for: Scott K. Zimmerman & Judy A. Zimmerman  
Telephone:   (925) 634-3571  
Facsimile:   (925) 634-0781  
Email:       skzlaw@pacbell.net

/**X**/ **BY U.S. MAIL:** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Smith Dollar PC for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

// **BY PERSONAL SERVICE:** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

// **BY FACSIMILE:** Based on a court order or an agreement of the parties to accept service by fax transmission, I caused the said document(s) to be transmitted by fax to the persons listed above. The transmission(s) was reported as completed and without error and was properly issued by the transmitting facsimile machine.

// **BY FEDERAL EXPRESS/OVERNIGHT MAIL:** I caused the above-described document(s) to be served by Federal Express or via overnight delivery to the offices of the addressee(s).

// **BY EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 19, 2008

_____  
Denise Block

51117.doc

