1  Rachel M. Dollar, CSB 199977
   SMITH DOLLAR PC
2  Attorneys at Law
   404 Mendocino Avenue, Second Floor
3  Santa Rosa, California 95401
   Telephone: (707) 522-1100
4  Facsimile: (707) 522-1101

5  Attorneys for Defendant Aurora Loan Services, LLC,
   erroneously sued as Aurora Loan Services, a Lehman Brothers Company
6

7

8               UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| SCOTT K ZIMMERMAN, JUDY A ZIMMERMAN, | CASE NO.: CV 08 3731 |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| AURORA LOAN SERVICES, A LEHMAN BROTHERS COMPANY, a business entity; DIABLO FUNDING GROUP INCORPORATED, a California corporation; FIRST AMERICAN LOANSTAR, a business entity form unknown; AND ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and Does 1 through 50, inclusive, | |
| Defendants. | |

   I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is 404 Mendocino Avenue, Second Floor, Santa Rosa, California 95401.

   On August 6, 2008, I served the following document(s) on the parties in the within action:

   1. NOTICE OF REMOVAL BY DEFENDANT AURORA LOAN SERVICES, LLC UNDER 28 U.S.C. §1441(a)



2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. ADR PACKET, INCLUDING BLANK JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

4. ECF REGISTRATION INFORMATION HANDOUT

5. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

6. NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §1441(a).

/**X**/ **BY U.S. MAIL:** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, addressed as follows, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Smith Dollar PC for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

| | |
|---|---|
| Scott K. Zimmerman<br>Law Office of Scott K. Zimmerman<br>P.O. Box 1120<br>Brentwood, CA 94513 | Attorney for: Scott K. Zimmerman & Judy A. Zimmerman<br>Telephone:   (925) 634-3571<br>Facsimile:    (925) 634-0781<br>Email:         skzlaw@pacbell.net |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 19, 2008

_____
Denise Block

51281.doc

