**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. ZIMMERMAN, JUDY A. ZIMMERMAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>AURORA LOAN SERVICES et al.,<br><br>  Defendants.<br>_____/ | No. C 08-3731 MHP<br><br>**ORDER**<br><br>**Re: Aurora's Motion to Dismiss Complaint and/or to Strike Punitive Damages Claim** |

On August 26, 2008, defendant Aurora Loan Services ("Aurora") submitted a motion to dismiss and/or to strike plaintiffs' punitive damages claim. The court granted Aurora's subsequent *ex parte* application to file the motion prior to the initial case management conference. In its order, the court deemed the motion to dismiss filed as of September 8, 2008, with any opposition due by September 22, 2008, and set a hearing for October 6, 2008. Plaintiffs have neither filed an opposition nor have requested an enlargement of time to do so.

Accordingly, defendant's motion to dismiss is GRANTED as unopposed. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: October 1, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California